# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| MELANIE MCCOWN § | |
| § | |
| v. § | CIVIL ACTION NO. 3:21-CV-00036-S-BK |
| § | |
| COMMISSIONER OF SOCIAL § | |
| SECURITY ADMINISTRATION § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Plaintiff's Motion for Summary Judgment [ECF No. 20] is **GRANTED** and Defendant's Motion for Summary Judgment [ECF No. 23] is **DENIED**.

**SO ORDERED.**

SIGNED August 11, 2022.

**UNITED STATES DISTRICT JUDGE**