# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| MELANIE MCCOWN | § |
| | § |
| v. | § CIVIL ACTION NO. 3:21-CV-00036-S-BK |
| | § |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | § |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 35. No objections were filed. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff's Petition and Brief for Award of Attorney Fees Under the Equal Access to Justice Act [ECF No. 33] is **GRANTED. IT IS ORDERED** that Plaintiff is awarded attorney's fees in the amount of $4,945.49, payable within thirty (30) days to:

> Melanie McCown
> c/o Ronald D. Honig
> Law Office of Ronald D Honig
> 9330 Lyndon B Johnson Freeway
> Suite 870
> Dallas, TX 75243.

**SO ORDERED.**

SIGNED October 27, 2022.

**UNITED STATES DISTRICT JUDGE**