# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

MELANIE M.                                §
                                          §
v.                                        §    CIVIL ACTION NO. 3:21-CV-0036-S-BK
                                          §
COMMISSIONER, SOCIAL SECURITY             §
ADMINISTRATION                            §

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 40. No objections were filed. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff's Unopposed Petition to Obtain Approval of a Fee for Representing a Social Security Claimant [ECF No. 38] is **GRANTED**. **IT IS ORDERED** that Plaintiff is awarded attorney's fees in the amount of $13,217.00, payable within thirty (30) days to:

> Melanie McCown
> c/o Ronald D. Honig
> Law Office of Ronald D. Honig
> P.O. Box 1396
> Coppell, TX 75019.

**SO ORDERED.**

SIGNED June 12, 2026.

_____
**UNITED STATES DISTRICT JUDGE**